Mary Elizabeth Conn SBN 224597
111 E. Locust #102
Angleton, Texas 77515
Telephone 979.864.1142
Attorney for Defendant JOSE ROMERO

*E-FILED - 10/3/12*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 11-00593 DLJ |
| | ) | CR 11-00597 DLJ |
| Plaintiff, | ) | |
| v. | ) | **STIPULATION CONTINUING** |
| | ) | **DEFENDANT ROMERO'S SENTENCING** |
| JOSE ROMERO, | ) | |
| Defendant. | ) | |
| ——————————————— | ) | |

The defendant, JOSE ROMERO, represented by Mary Elizabeth Conn, Esq.,

and the government, represented by DANIEL KALEBA, Assistant United States

Attorney, have a sentencing hearing scheduled before the Court on October

18, 2012 at 9 a.m.

Defense counsel has professional obligations that have recently arisen,

out of state, make the sentencing on the date of October, 2012, unduly costly.

The Defendant is in custody, and is expected to be sentenced to BOP.

Therefore, the parties respectfully request that the Court continue the

sentencing currently set to November 5, 2012 at 10 a.m. or before.

1    Neither the Government nor Probation has any objection to this

2

3  continuance.

4  Dated: September 26, 2012         Respectfully Submitted,
                                     MARY E. CONN LAW OFFICES

5

6                                    /S/
                                     _____
7                                    Mary Elizabeth Conn, Esq.
                                     Attorney for Defendant
8                                    JOSE ROMERO

9

10                                   MELINDA HAAG
                                     United States Attorney
11

12                                   /S/

13                                   _____
                                     DANIEL KALEBA
14                                   Assistant United States Attorney

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1
2
3
4
5
6
7
8

IN THE UNITED STATES DISTRICT COURT

9

FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

SAN JOSE DIVISION

11
12

13 UNITED STATES OF AMERICA,    )    No. CR 11-00593 DLJ
    )       CR 11-00597 DLJ

14     Plaintiff,    )

15 v.    )    **[] ORDER**
    )    **CONTINUING DEFENDANT**

16 JOSE ROMERO    )    **ROMERO'S SENTENCING**
    Defendant.    )

17 _____)

18

19 **ORDER**

20     Based upon the stipulation of the parties, and for good cause shown, the

21
22 Court HEREBY ORDERS that the sentencing hearing as to JOSE ROMERO is

23 rescheduled to November 5, 2012, at 10:00 a.m.

24

25 DATED: 10/2/12    _____

26     THE HONORABLE D.L. Jensen
    United States District Judge

27
28